UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GALLEGO,<br><br>              Plaintiff,<br><br>    vs.<br><br>FRITO-LAY, INC.,<br><br>              Defendant.<br>_____ / | CASE NO. CV F 10-1229 LJO SKO<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 18.) |

Defense counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than May 13, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the August 9, 2011 pretrial conference and September 19, 2011 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:    April 15, 2011**                              **/s/ Lawrence J. O'Neill**
                                                                            UNITED STATES DISTRICT JUDGE