# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GALLEGO, | CASE NO. CV F 10-1229 LJO SKO |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| v. | |
| FRITO-LAY, INC., | |
| Defendants. | |

This Court's April 15, 2011 order required the parties, no later than May 13, 2011, to file papers to dismiss this action in its entirety, or to show good cause why the action has not been dismissed. The parties have failed to comply with the May 13, 2011 order. As such, this Court ORDERS the parties, no later than May 20, 2011, to file and serve papers to show cause why sanctions should not be imposed upon the parties and/or their counsel for failure to dismiss timely this action. This Court will discharge this order to show cause if, no later than May 20, 2011, the parties dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:   May 16, 2011**                                         /s/ Lawrence J. O'Neill
                                                                                    UNITED STATES DISTRICT JUDGE