VILLARREAL HUTNER & TODD PC
TRACY S. TODD, ESQ., Cal. Bar No. 172884
E-Mail: ttodd@vhattorneys.com
STEPHEN K. ROBINSON, ESQ., Cal. Bar No. 217898
E-Mail: srobinson@vhattorneys.com
575 Market Street, Suite 300
San Francisco, California  94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
FRITO-LAY, INC.

LAW OFFICES OF ERIC NORDSKOG
ERIC NORDSKOG, ESQ., Cal. Bar No. 120935
#34445 PO Box 7775
San Francisco, California 94120-7775
Telephone: (415) 515-3372
Facsimile: (415) 704-3097

Attorney for Plaintiff
ARTHUR GALLEGO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ARTHUR GALLEGO,<br><br>            Plaintiff,<br><br>     v.<br><br>FRITO-LAY, INC., AND DOES 1 TO 100, inclusive,<br><br>            Defendants. | CASE NO. 1:10-cv-01229-LJO-SKO<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Action Filed:     November 25, 2009<br>Trial Date:        September 19, 2011 |

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff Arthur Gallego, and Defendant, Frito-Lay, Inc., through their undersigned attorneys of record, that the above-captioned action be, and hereby is, dismissed with prejudice in its entirety, and as to each cause of action alleged therein, pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO STIPULATED.

Dated:  May 20, 2011         VILLARREAL HUTNER & TODD PC

By      /s/ Tracy S. Todd
TRACY S. TODD
STEPHEN K. ROBINSON

Attorneys for Defendant
FRITO-LAY, INC.

Dated:  May 18, 2011         LAW OFFICES OF ERIC NORDSKOG

By      /s/ Eric Nordskog

Attorney for Plaintiff
ARTHUR GALLEGO

**ORDER**

**This Court DISMISSES this action without leave to amend and DIRECTS the clerk to close this action.**

IT IS SO ORDERED.

Dated:  **May 23, 2011**              **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE